UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ADRIAN FULLER,<br><br>Plaintiff,<br><br>v.<br><br>KAREN THOMPSON, et al.,<br><br>Defendants. | Case No. 19-cv-03528-YGR (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiff filed the present *pro se* prisoner complaint under 42 U.S.C. § 1983.

On October 15, 2019, mail sent to Plaintiff by the Clerk of the Court was returned as undeliverable with a notation, "RTS NIC," which stands for "Return to Sender, Not in Custody." Dkt. 10. Thus, it seems that Plaintiff has been released from custody.

On November 22, 2019, Plaintiff filed a notice of change of address to a non-prison address. Dkt. 11.

In an Order dated January 13, 2020, the Court directed Plaintiff to file a non-prisoner *in forma pauperis* application form. Dkt. 12. The Clerk mailed a copy of the January 13, 2020 Order to Plaintiff at his non-prison address. *See* Dkt. 12-1.

On February 21, 2020, the January 13, 2020 Order mailed to Plaintiff was returned to the Clerk with a notation that it was undeliverable for the following reasons: "RETURN TO SENDER. ATTEMPTED - NOT KNOWN. UNABLE TO FORWARD." Dkt. 13. To date, Plaintiff has not updated his address with the Court or submitted any further pleadings in this case.

Pursuant to Northern District Local Rule 3-11 a party proceeding *pro se* whose address

changes while an action is pending must promptly file a notice of change of address specifying the new address.  *See* L.R. 3-11(a).  The Court may dismiss without prejudice a complaint when: (1) mail directed to the *pro se* party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the *pro se* party indicating a current address.  *See* L.R. 3-11(b).

More than sixty days have passed since the mail directed to Plaintiff by the Court was returned as undeliverable.  The Court has not received a notice from Plaintiff of a new address.  Accordingly, the complaint is DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District Local Rules.  The Clerk shall terminate all pending motions and close the file.

IT IS SO ORDERED.

Dated: May 29, 2020

_____
YVONNE GONZALEZ ROGERS
United States District Judge